PROB 12A
(Revised 05/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: Michael Charles Poore    Case Number: 3:11-00232 and 3:12-00087

Name of Judicial Officer: Honorable Kevin H. Sharp, Chief U.S. District Judge

Date of Original Sentence: October 19, 2012

Original Offense: 18 U.S.C.§ 2113(a), Bank Robbery (2 counts) and 18 U.S.C. § 2113(a), Bank Robbery

Original Sentence: 57 months' custody, followed by three years' supervised release to run concurrently

Type of Supervision: Supervised Release    Date Supervision Commenced: December 23, 2015

Assistant U.S. Attorney: William Lee Deneke    Defense Attorney: Michael C. Holley

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this 18th day of April, 2016,
and made a part of the records in the above case.

_____
Kevin H. Sharp
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Zachary Johnson
U.S. Probation Officer

Place    Nashville, TN

Date    April 14, 2016

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **1.** | **The defendant shall refrain from any unlawful use of a controlled substance.** |

On April 7, 2016, Mr. Poore tested positive for marijuana.

### Compliance with Supervision Conditions and Prior Interventions:

Mr. Poore commenced his term of supervised release on December 23, 2015. Mr Poore is scheduled to terminate from supervision on December 22, 2018. Mr. Poore's imposed special conditions of drug testing and treatment, restitution in the amount of $5,467, and special assessment fee of $200, were enforced by this office effective the offender's release from the Bureau of Prisons. Mr. Poore has an outstanding balance of $5,119, remaining on his restitution. The offender is directed to make monthly payments on said balance.

On December 28, 2015, Mr. Poore was enrolled in random drug testing and was referred for a substance abuse evaluation and assessment at Centerstone Mental Health in Madison, Tennessee. The evaluation was conducted on February 24, 2016, and indicated that Mr. Poore was not in need of clinical treatment at the time. Due to Mr. Poore's compliance with phase testing, he was terminated from the program effective March 1, 2016, and was advised that he would be tested for illicit substances on a discretional basis.

On April 7, 2016, the offender submitted to a urinalysis test which tested positive for marijuana. Mr. Poore denied using marijuana. On April 12, 2016, the undersigned officer advised Mr. Poore that he would be re-enrolled in phase testing immediately. The offender acknowledged understanding. In addition to phase testing, Mr. Poore has been referred to Centerstone for substance abuse treatment.

Mr. Poore has maintained employment with Southern Pan Construction working as a Safety Project Manager. The offender relayed that he was out of work for approximately two to three weeks in March 2015, due to an injury, but has secured his position and is receiving monies weekly.

Mr. Poore resides by himself in Nashville, Tennessee. On March 1, 2016, a home inspection was conducted by this officer. The residence was found to be acceptable and was modestly furnished. It appeared that the offender is living within his means and no contraband was observed in plain view. Mr. Poore recently lost his apartment and is currently residing at the Nashville Rescue Mission. The offender averred that he lost the apartment due to lack of payment as he was without work for three weeks. Mr. Poore is currently seeking to secure private housing.

Mr. Poore continues to report on a monthly basis via monthly supervision reports.

### U.S. Probation Officer Recommendation:

The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Poore remain on supervised release, continue to participate in phase testing, attend treatment at Centerstone for substance abuse treatment, and not incur any future violations. The U.S. Attorney's Office has been notified and they concur with the recommendation.

Approved: _____  
Donna Jackson  
Supervisory U.S. Probation Officer